THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
Attorneys for Michael Fernandes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FERNANDES, | Case No.  C  08-3118 EMC |
| Plaintiff, | PLAINTIFF'S CONSENT TO THE MAGISTRATE |
| v. | |
| INGRID HEMPELL, | |
| Defendant. | |
| _____/ | |

PLAINTIFF'S CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE:

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned Plaintiff in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the judgement shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

C  08-3118 EMC                              1

Date: July 30, 2008

<u>S/Thomas N. Stewart, III</u>
Attorney for Plaintiff