THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
Attorneys for Michael Fernandes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FERNANDES,<br><br>Plaintiff,<br><br>v.<br><br>INGRID HEMPELL,<br><br>Defendant. | Case No. C 08-3118 EMC<br><br>JOINT CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE |

JOINT CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE:

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned parties in the above-captioned civil matter hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgement shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

//

//

C 08-3118 EMC                                    1

Date: Aug. 28, 2008

S/David Miller,
Attorney for Defendant

Date: 8/29/08

S/Thomas N. Stewart, III
Attorney for Plaintiff

C 08-3118 EMC                                            2